IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL CLAYTON,

    Petitioner,                        No. 2:00-cv-2520-FCD-JFM (HC)

    vs.

SUZAN HUBBARD,

    Respondent.                     ORDER

_____/

       Petitioner has filed in propria persona a letter inquiring about the status of the above-captioned action. Petitioner was represented by court-appointed counsel in these proceedings. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to forward petitioner's November 18, 2008 request to petitioner's counsel of record.

DATED: January 13, 2009.

                                             UNITED STATES MAGISTRATE JUDGE

12;clay2520.req

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26